# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvania Department of Health,       :
                        Petitioner       :
                                         :
              v.                         :        No. 377 C.D. 2021
                                         :
Todd Shepherd,                           :
                        Respondent       :

**PER CURIAM**                    **O R D E R**

NOW, July 7, 2022, upon consideration of Petitioner's application for reconsideration/reargument, the application is denied.